UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| KURT SIUZDAK, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. |
| v. | ) 14-CV-1543 (VAB) |
| | ) |
| | ) April 11, 2018 |
| HONORABLE JEFFERSON B. SESSIONS III, In His Official Capacity as the Attorney General of the United States, | ) |
| | ) |
| Defendant. | ) |

_____

**MOTION FOR THREE-WEEK ADJOURNMENT OF
DEADLINE TO FILE STIPULATION OF DISMISSAL**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, the Defendant requests an extension of three weeks, until May 2, 2018, for the parties to file a Stipulation of Dismissal to be so-ordered by the Court. The additional time is required for the following reasons:

1. The parties reached an agreement in principle to resolve this matter on or about March 11, 2018. Since that time, the parties have reduced their agreement to writing and have been working diligently towards finalizing the terms. After the exchange of several drafts of a settlement agreement, counsel for both parties have agreed on written terms, and the draft agreement has been submitted to supervisors within the FBI General Counsel's office and the U.S. Attorney's Office for final approval. These approvals are anticipated but have not yet been granted.

2. Upon final approvals, the agreement must be executed by all parties, and then, per the terms of the Agreement and the requirements of the Age Discrimination in Employment Act, Plaintiff has a seven-day right of rescission. The Agreement will become effective on the eighth day following full execution.

3. The Agreement contemplates that a Stipulation of Discontinuance will be filed by Plaintiff within seven (7) days of the Effective Date of the Agreement. Defendant anticipates that approvals will be obtained and the Agreement executed within one week to ten days, and that, allowing for the seven-day rescission period, the Stipulation of Dismissal will thereafter be filed. The parties anticipate that this can be completed within three (3) weeks, and therefore request an extension of the time period to file a Stipulation of Dismissal until May 2, 2018.

I have consulted with counsel for the Plaintiff and he consent to this request for additional time.

This is Defendant's first request for an extension of this deadline.

> GRANT C. JAQUITH
> United States Attorney
> Northern District of New York

By: _____

Karen Folster Lesperance
Assistant United States Attorney