UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
KURT SIUZDAK                                         )
                                                     )
                        Plaintiff,                   )
        v.                                           )
                                                     )
JEFFERSON B. SESSIONS, III, In His Official Capacity as  )   Civil Action No.
the Attorney General of the United States,           )   14-CV-1543 (VAB)
                                                     )
                        Defendant.                   )
_____      )   MAY 15, 2018
                                                     )

## STIPULATION OF DISMISSAL
## WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES AND COSTS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, KURT SIUZDAK, and Defendant, JEFFERSON B. SESSIONS, III, In His Official Capacity as Attorney General of the United States, hereby stipulate and agree that the above captioned action shall be dismissed with prejudice and without costs or attorney fees to any party.

| | |
|---|---|
| Willinger, Willinger & Bucci, P.C. | United States Attorney |
| Attorneys for Plaintiff, | Attorneys for Defendant, |

By:/s/ Thomas W. Bucci                    By: /s/ Karen Folster Lesperance
        Thomas W. Bucci (ct07805)                 Karen Folster Lesperance
Willinger, Willinger & Bucci, P.C.        Assistant United States Attorney
855 Main Street                           Northern District of New York
Bridgeport, CT 06604                      James T. Foley, United States Courthouse
Tel: 203-366-3939                         445 Broadway, Room 218
Fax: 203-337-4588                         Albany, NY  12207
Email: tbucci@wwblaw.com                  Tel: 518-431-0247
                                          Fax: 518-431-0249
                                          Email: Karen.Lesperance@usdoj.gov

Dated: May 15, 2018                       Dated: May 15, 2018

So Ordered:

_____
Bolden, J.

## Certificate of Service

I hereby certify that on May 15, 2018, a copy of foregoing *Stipulation of Dismissal* was filed electronically and served on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

>THE PLAINTIFF – KURT SIUZDAK
>
>By /s/Thomas W. Bucci
>Thomas W. Bucci
>Fed Bar # ct07805
>Attorney for Plaintiff
>WILLINGER, WILLINGER & BUCCI, P.C.
>855 Main Street
>Bridgeport, CT  06604
>Tel: 203-366-3939
>Fax: 203-337-4588
>Email: thomasbucci@earthlink.net